479 A.2d 1099

Commonwealth v. Hernandez, Appellant.

Submitted April 30, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and CIRILLO, JJ.

Judgment affirmed.